# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT WI
FILED
2017 DEC -4 P 3:56
STEPHEN C. DRIES
CLERK

(Full name of plaintiff(s))

Daniel D. Patrykus

v.

Case Number: 17-C-1698

(to be supplied by Clerk of Court)

(Full name of defendant(s))

Mitch Vetch,

Charles Nelson, Corporal Meekash,

Juilo Ramirez

A. PARTIES

1. Plaintiff is a citizen of Wisconsin, and is located at (State)

   Brown County Jail, 3030 Curry Lane, Green Bay, WI.
   (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant Mitch Vetch
   (Name)
   is (if a person or private corporation) a citizen of Wisconsin
   (State, if known)

Complaint – 1

Case 2:17-cv-01698-DEJ   Filed 12/04/17   Page 1 of 7   Document 1

A. Parties continued:

Defendant <u>Charles Nelson</u> is a citizen of Wisconsin, and worked for Brown County Jail.

Defendant <u>Corporal Meekash</u> is a citizen of Wisconsin, and worked for Brown County Jail.

Defendant <u>Juilo Ramirez</u> is a citizen of Wisconsin, and worked for Brown County Jail

Complaint 1(B)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for <u>Brown County Jail - 3030 Curry Lane, Green Bay, WI,</u>
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

The Plantiff Daniel Patrykus is an inmate at the Brown County Jail in Green Bay Wisconsin. On Nov 3rd, 2017, (Nov 3rd 11-3-17) During his recreation in the dayroom of Patrykus Housing Pod, an inmate threatened to physically assault Patrykus. Patrykus reported this incident to Mitch Vetch, the pod officer at the time. Vetch failed to take action on the threats for no Apparent reason. Patrykus Later filed a grievence the next Day 11-4-17 explaining the threats that were made, and that he feared for his personal safety, and requested that he be moved to

a different Housing Pod. Patrykus turned the grievance in to Officer Julio Ramirez and told him of the threats. Ramirez failed to take action on the threats for no apparent reason. While awaiting a response on the grievance, Patrykus further reported the repeated threats again to Officer Charles Nelson, and requested that he be moved to a different Housing pod. Nelson failed to take action for no apparent reason. Corporal Meekash returned Patrykus' grievance on November 8th, 2017, as "Unfounded", and denied Patrykus' request to be moved to a different Housing pod, for no apparent reason. On November 12th 2017, Inmate Patrykus was Assulted by the Inmate who had made the previous threats that he had reported. A Taser handgun had to be used by the officers to stop the inmate from Assulting Patrykus. Patrykus suffered an Asthma attack due to the physical distress caused by the incident. Patrykus recieved medical Attention, and had pictures taken of his injuries by Lt. Halasi and Cpl. Dequaine.

Statment of Claim continued:

Patrykus seeks damages from Vetch, Nelson, Meekash and Ramirez for ignoring the Threat of Injury, and Compensation for his injuries, and Physical Distress. As well as a ruling that prohibits the Brown County Jail from ignoring and/or Denying an inmates request to Be moved, when a threat against that person has been made by another inmate, and then reported to the officers.

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I seek Punitive Damages for Deliberate Indifference, Failure to Protect, in the amount of $50,000 from each named Defendant. (Total of $200,000) As well as compensation for physical injury, and emotional/physical Distress in the amount of $25,000 each. (Total of $50,000) Lastly, I seek a ruling that prohibits the Brown County Jail from ignoring and/or Denying an inmates request to be moved, when a threat against that person has been made by another inmate, and they report the threats to an officer.

E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES    ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 30th day of November 2017.

Respectfully Submitted,

_____
Signature of Plaintiff

__93000001234__
Plaintiff's Prisoner ID Number

__Daniel Patrykus  Brown County Jail__
__3030 Curry Lane, GreenBay, WI. 54311__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.